## STIANOFF *v.* STATE OF INDIANA.

[No. 23,902.    Filed June 30, 1921.]

From Allen Circuit Court; *Sol A. Wood*, Judge.

Prosecution by the State of Indiana against Tiro Stianoff. From a judgment of conviction, the defendant appeals. *Reversed.*

*Ryan, Ryan & Aldrich*, for appellant.
*U. S. Lesh*, Attorney-General, and *Mrs. Edward Franklin White*, for the state.

TRAVIS, J.—The question in this case arises on a motion for a new trial, which questions the sufficiency of the evidence to sustain the venue. The facts are identical with those in *Christ* v. *State* (1921), *ante* 56, 131 N. E. 820. The cause is thereby reversed on the authority of that case, with instructions to the trial court to sustain appellant's motion for a new trial.

## SMITH *v.* STATE OF INDIANA.

[No. 23,993.    Filed November 17, 1921.]

From Delaware Circuit Court; *W. A. Thompson*, Judge.

Prosecution by the State of Indiana against Walter Smith. From a judgment of conviction, the defendant appeals. *Affirmed.*

*Thomas V. Miller*, and *John T. Walterhouse*, for appellant.
*U. S. Lesh*, Attorney-General, and *Mrs. Edward Franklin White*, for the state.

TRAVIS, J.—The appellant was prosecuted and found guilty by a verdict of the jury upon an affidavit which charged that he sold intoxicating liquor, to wit, whisky, in violation of §4, Acts 1917 p. 15, §8356a *et seq.* Burns' Supp. 1918.

The only error properly raised for review of this case is, "the verdict is contrary to law."

The brief fails to give a narration of the evidence, it also fails to point out wherein the verdict is contrary to law, and there is no discussion or argument in the brief.

We have carefully examined the evidence in the record and fail to find wherein the verdict is not supported by the evidence, and therefore conclude that it is not contrary to law.

Judgment affirmed.

Myers, J., absent.